IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01974-BNB

LORRAINE A. GARCIA,

Plaintiff,

v.

SOCIAL SECURITY,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2010

GREGORY C. LANGHAM
CLERK

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED September 13, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01974-BNB

Lorraine A. Garcia
4501 W. Kentucky Ave. #78B
Denver, CO 80219

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/13/10

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk