IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01974-AP

LORRAINE A. GARCIA,

      Plaintiff, *Pro Se*,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
## (AS SUBMITTED BY DEFENDANT)

---

Defendant, Commissioner of Social Security ("Commissioner"), hereby submits this proposed joint case management plan. Pursuant to D.C. COLO. L. Civ. R. 7.1(A), the undersigned counsel for the Commissioner made reasonable, good faith efforts to confer with Plaintiff, *pro se*, as to this matter by: 1) mailing a draft of this proposed joint case management plan to Plaintiff with correspondence seeking her approval (sent via first class mail on December 2, 2010); and 2) attempting to reach Plaintiff via telephone and leaving voice mails.

1.     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

For Defendant:

Lorraine A. Garcia
Plaintiff, *Pro Se*
4501 W. Kentucky Ave., # 78B
Denver, CO 80219
(720) 327-1088

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

2.     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     Date Complaint Was Filed:    **August 18, 2010\***
           **\*Amended Complaint was filed on <u>September 7, 2010</u> (Dkt. 5)**

      B.     Date Complaint was Served on U.S. Attorney's Office:    **September 14, 2010**

      C.     Date Answer and Administrative Record Were Filed:    **November 15, 2010**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

      A.     Plaintiff's Opening Brief:    **January 17, 2011**

      B.     Response Brief due:    **February 16, 2011**

      C.     Reply Brief due:    **March 3, 2011**

**9.**   **STATEMENTS REGARDING ORAL ARGUMENT**

     A.   Plaintiff's Statement:  The Plaintiff does not request oral argument.

     B.   Defendant's Statement:  The Defendant does not request oral argument.

**10.**   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

     B.   ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**   **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

     DATED this 7th  day of December, 2010

          BY THE COURT:

          *s/John L. Kane*_____
          U.S. DISTRICT COURT JUDGE

APPROVED:                                      JOHN F. WALSH
                                               United States Attorney

s/
Lorraine A. Garcia                             KEVIN TRASKOS
4501 W. Kentucky Ave.,  # 78B                  Chief, Civil Division
Denver, CO 80219                               United States Attorney's Office
(720) 327-1088                                 District of Colorado
                                               Kevin.Traskos@usdoj.gov

                                               s/Jessica Milano
Plaintiff, *Pro Se*                            Jessica Milano
                                               Special Assistant United States Attorney
                                               1001 17th Street
                                               Denver, CO 80202
                                               (303) 844-7136
                                               (303) 844-0770 (fax)
                                               jessica.milano@ssa.gov

                                               Attorneys for Defendant