IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **10-cv-1974-AP**

**LORRAINE A. GARCIA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

This matter is before the court the Order to Show Cause (doc. #23), entered on January 26, 2011.  Plaintiff's *pro se* response (doc. #24), filed February 9, 2011, does not address the court's order.  If plaintiff has counsel, the counsel should have entered an appearance.  If plaintiff does not have counsel, then she alone is responsible for filing her opening brief, which is now four weeks overdue.  Given the courtesies and extensions already afforded plaintiff by the government's attorney and this court, and in light of plaintiff's failure to demonstrate good cause for her inability to comply with the deadlines set, this case is **DISMISSED**.

Dated:  February 15, 2011

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT